**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**SIGMA INTERNATIONAL, INC., d.b.a.
Sigma U.S.A., Inc.; Charles Sternisha,
et al., Defendants–Appellants.**

**No. 97–2618.**

United States Court of Appeals,
Eleventh Circuit.

May 24, 2001.

William Frederic Jung, Black & Jung, John M. Fitzgibbons, The Law Offices of

---

John M. Fitzgibbons, Tampa, FL, Mark Richard Lipinski, Bradenton, FL, for Defendants–Appellants.

David Paul Rhodes, Tamra Phipps, Tampa, FL, Jeffrey A. Clair, Dept. of Justice, Civil App. Div., Washington, DC, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and BRIGHT*, Circuit Judges.

PER CURIAM:

In light of our opinion on rehearing in *United States v. Sigma*, 244 F.3d 841 (11th Cir.2001), the panel's prior opinion, *United States v. Sigma*, 196 F.3d 1314 (11th Cir. 1999), is hereby VACATED.